No. D–1941. IN RE DISBARMENT OF HUBER. Richard Laurence Huber, of Washington, D. C., is suspended from the practice

of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.